UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Cortes,

      Plaintiff,

v.

[Intentionally left blank],

      Defendant.

**ORDER ON REPORT AND RECOMMENDATION**
Civil No. 12-1025 ADM/JJG

---

Michael Cortes, pro se.

---

    On October 5, 2012, this matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge, with objections to the Report and Recommendation due by October 22, 2012.  On October 24, 2012, Plaintiff Michael Cortes filed a four-page letter with the Court, possibly in response to the Report and Recommendation.  In the letter, Plaintiff does not identify or otherwise acknowledge the Report and Recommendation, nor has the Court been able to identify any objections in the letter to the Report and Recommendation.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation [Docket No. 7] is **ADOPTED**;

2. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:

s/Ann D. Montgomery

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: November 1, 2012